IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY GARDNER,

       Plaintiff,

v.

CELEBRATION GROUP HOMES, INC.,
a Florida corporation,

       Defendant.

Case No.: 19-cv-00242

## NOTICE OF REMOVAL

Defendant, CELEBRATION GROUP HOMES, INC., a Florida corporation, hereby files this Notice of Removal, and as grounds therefore states:

1. Removal of this cause is authorized and filed pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441.

2. On May 6, 2019, Plaintiff filed a Complaint in the Second Judicial Circuit, in and for Gadsden County, Florida, (Case No.: 19000438CAA) alleging causes of action under 29 U.S.C. §§ 201 *et seq.* and the Florida Private Sector Whistleblower Act, Fla. Stat. §448.102. Defendant was served with the Complaint on May 9, 2019. The Complaint states a claim that arises under federal law, giving this Court original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441.

3. This Notice of Removal is filed within thirty (30) days of service as required by 28 U.S.C. § 1446.

4. Defendant has provided Plaintiff and the Clerk of the Second Judicial Circuit Court in and for Gadsden County, Florida with written notice of the filing of this Notice of Removal.

5. There are no motions pending at the time of removal.

6. In accordance with N.D. Loc. R. 7.2(A), a complete copy of the state court file, which includes the Civil Coversheet (**Exhibit A**), Summons (**Exhibit B**), Complaint (**Exhibit C**), and Return of Service (**Exhibit D**), is attached hereto.

WHEREFORE, Defendant, CELEBRATION GROUP HOMES, INC., respectfully requests the Notice of Removal be accepted as good and sufficient as required by law, and that the aforesaid action, Case Number 19000438CAA on the docket of the Second Judicial Circuit Court in and for Gadsden County, Florida, be removed from that Court to the United States District Court for the Northern District of Florida, and that this Court assume full and complete jurisdiction thereof and issue all necessary orders and grant all general equitable relief to which Defendant is entitled.

Dated: May 28, 2019

NELSON MULLINS BROAD AND CASSEL

*/s/ Kelly B. Holbrook*
KELLY B. HOLBROOK, ESQ.
Florida Bar No. 527084
Email: kelly.holbrook@nelsonmullins.com
LISA GRIFFIN HODGDON, ESQ.
Florida Bar No. 0137774
Email: lisa.hodgdon@nelsonmullins.com
Email: tjuni.strawter@nelsonmullins.com
100 North Tampa Street, Suite 3500
Tampa, Florida 33602
Telephone: (813) 225-3020
Facsimile: (813) 225-3039

Attorneys for Defendant

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.

*s/ Kelly B. Holbrook*
Attorney
